In the Matter of the Estate of Louis E. La Brasche, Deceased. Florence La Brasche, Appellant; Mabel A. Siverson et al., Respondents.

Submitted November 20, 1950; decided November 30, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 718.]